**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01065-CR

### ARTHUR FRANKLIN MILLER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81265-2013**

## ORDER

Before the Court are two motions filed by appellant on January 29, 2015.

The Court **GRANTS** Appellant's Motion to Permit Current Counsel to Withdraw on Appeal and Substitute New Counsel on Appeal. We **DIRECT** the Clerk to remove Lori Ordiway as appellant's attorney of record, and to substitute H. Jay Ethington, Cody L. Skipper, and Mark H. Nancarrow as attorneys of record for appellant.

The Court **DENIES** Appellant's Motion for Court to Reconsider Setting Appeal for Submission Without Oral Argument. The appeal will be submitted without oral argument on March 31, 2015, to a panel consisting of Justice Lang, Justice Stoddart, and Justice Schenck, per the Clerk's Notice of January 15, 2015 in this cause. *See* TEX. R. APP. P. 39.8.

/s/    DOUGLAS S. LANG
      PRESIDING JUSTICE